SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7124
    FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| BENG CHOO LIM, | No. C 07-2082 SBA |
|     Plaintiff, | |
| v. | **STIPULATION TO EXTEND DATES; and ORDER** |
| MICHAEL CHERTOFF, Secretary of the U.S. Department of Homeland Security; EMILIO T. GONZALEZ, Director of the U.S. Citizenship and Immigration Services; ROSEMARY MELVILLE, San Francisco District Director, U.S. Citizenship and Immigration Services; ROBERT S. MUELLER, Director of U.S. Federal Bureau of Investigation; ALBERTO R. GONZALES, U.S. Attorney General, | |
|     Defendants. | |

    Plaintiff, by and through her attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to the following:

    1. Plaintiff filed this action on or about April 13, 2007. Defendant's answer was currently due on June 15, 2007.

    2. Pursuant to this Court's April 13, 2007 Order Setting Initial Case Management Conference, the parties are required to file a joint case management statement on July 11, 2007, and attend a

1  case management conference on July 18, 2007.

2  3. In order to allow sufficient time for USCIS to consider an alternative resolution to this case
3  and/or Answer and prepare a joint case management statement, the parties hereby respectfully ask
4  this Court to extend the dates in the Court's scheduling order as follows:

5  Last day to file Defendant's Answer:                     August 3, 2007
6  Last day to file Joint ADR Certification:                August 15, 2007
7  Last day to file/serve Joint Case Management Statement:  August 26, 2007
8  Case Management Conference:                              September 5, 2007, at 3:30 p.m.

9  The parties shall **meet and confer** prior to the conference and shall prepare a joint Case Management Conference Statement which shall be filed no later than ten (10) days prior to the Case
10 Management Conference that complies with the Standing Order For All Judges Of The Northern District Of California and the Standing Order of this Court. Plaintiffs shall be responsible for filing
11 the statement as well as for arranging the conference call. All parties shall be on the line and shall call (510) 637-3559 at the above indicated date and time.
12

13 Date: June 19, 2007                              Respectfully submitted,

14                                                  SCOTT N. SCHOOLS
                                                    United States Attorney
15

16                                                  _____/s/_____
                                                    ILA C. DEISS
17                                                  Assistant United States Attorney
                                                    Attorneys for Defendants
18

19
                                                    _____/s/_____
20 Date: June 19, 2007                              VIRGINIA K. SUNG
                                                    Attorney for Plaintiff
21

22                          **ORDER**

23     Pursuant to stipulation, IT IS SO ORDERED.

24 Date: 6/22/07
                                                    _Saundra B Armstrong_
25                                                  SAUNDRA B. ARMSTRONG
                                                    United States District Judge
26

27

28

Stipulation to Extend Dates
C07-2082 SBA                              2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28