1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-7124
      FAX: (415) 436-7169
7
   Attorneys for Defendants
8

9                       UNITED STATES DISTRICT COURT

10                     NORTHERN DISTRICT OF CALIFORNIA

11                              OAKLAND DIVISION

12  BENG CHOO LIM,                           )
                                             )  No. C 07-2082 SBA
13                  Plaintiff,               )
                                             )
14         v.                                )  **STIPULATION TO DISMISS**
                                             )  **and  ORDER**
15  MICHAEL CHERTOFF, Secretary of the U.S.  )
    Department of Homeland Security;         )
16  EMILIO T. GONZALEZ, Director of the U.S. )
    Citizenship and Immigration Services;    )
17  ROSEMARY MELVILLE, San Francisco         )
    District Director, U.S. Citizenship and  )
18  Immigration Services;                    )
    ROBERT S. MUELLER, Director of U.S.      )
19  Federal Bureau of Investigation;         )
    ALBERTO R. GONZALES,                     )
20  U.S. Attorney General,                   )
                                             )
21                  Defendants.              )
                                             )
22  _____

23     Plaintiff, by and through her attorney of record, and Defendants by and through their attorney of

24  record, hereby stipulate, subject to the approval of the Court, to dismissal of the action in light of

25  the adjudication of Plaintiff's adjustment of status application (Form I-485).

26     Each of the parties shall bear their own costs and fees.

27  ///

28  ///

Stipulation to Dismiss
C07-2082 SBA                              1

| | | |
|---|---|---|
| 1 | Date: October 11, 2007 | Respectfully submitted, |
| 2 | | SCOTT N. SCHOOLS<br>United States Attorney |
| 3 | | |
| 4 | | _____/s/_____<br>ILA C. DEISS |
| 5 | | Assistant United States Attorney<br>Attorneys for Defendants |
| 6 | | |
| 7 | | |
| 8 | Date: October 10, 2007 | _____/s/_____<br>VIRGINIA K. SUNG<br>Attorney for Plaintiff |

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: 10/16/07

*Saundra B Armstrong*
SAUNDRA B. ARMSTRONG
United States District Judge

Stipulation to Dismiss
C07-2082 SBA                              2